AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ANGEL BAKOV and KINAYA HEWLETT, on behalf of themselves and all others similarly situated, *Plaintiff(s)* v. CONSOLIDATED TRAVEL HOLDINGS GROUP, INC., et al., *Defendant(s)* | Civil Action No. 0:19-cv-61509 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  SEE ATTACHMENT A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Scott A. Bursor
    Bursor & Fisher, P.A.
    2665 S. Bayshore Dr., Ste. 220
    Miami, FL 33133

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                                                 *Signature of Clerk or Deputy Clerk*

# Attachment A

Consolidated Travel Holdings Group, Inc.
100 W. Cypress Creek Road, Suite 640
Fort Lauderdale, FL 33309

James H. Verrillo
88987 Old Highway
Tavernier, FL 33070-4008

Daniel E. Lambert
100 W. Cypress Creek Rd., Suite 640
Fort Lauderdale, FL 33309-2181

Jennifer Poole
6762 NW 70th Avenue
Tamarac, FL 33321

Donna Higgins
5371 NE 17th Terrace
Fort Lauderdale, FL 33334

The Marketing Source, Inc.
16332 Gulf Blvd., No. 2A
Redington Beach, FL 33708

Vance L. Vogel
17745 Gulf Boulevard
Reddington Shores, FL 33708

Sun Bridge Systems, LLC
518 Lakewood Drive
Oldsmar, FL 34677

Clifford Albright
518 Lakewood Drive
Oldsmar, FL 34677

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: