UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:19-CV-61509-WPD/SNOW

ANGEL BAKOV and KINAYA HEWLETT,

   Plaintiffs,

v.

CONSOLIDATED TRAVEL HOLDINGS
GROUP, INC., *et al.*,

   Defendants.
_____/

**ORDER OF DISMISSAL OF DEFENDANTS THE MARKETING SOURCE, INC., VANCE L. VOGEL, SUN BRIDGE SYSTEMS, LLC AND CLIFFORD ALBRIGHT**

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal (the "Notice") [DE 43], filed herein on January 10, 2020. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Notice is **APPROVED**; Defendants The Marketing Source, Inc., Vance L. Vogel, Sun Bridge Systems, LLC, and Clifford Albright are hereby **DISMISSED**. Defendants' Motion to Set Aside Default and to Quash Service [DE 40] is **DENIED as moot**. This case remains open and pending as to the remaining Defendants.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of January, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record