UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-cv-61509-WPD

ANGEL BAKOV, and KINAYA HEWLETT, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

CONSOLIDATED TRAVEL HOLDINGS GROUP, INC., a Florida corporation, JAMES H. VERRILLO, an individual, DANIEL E. LAMBERT, an individual, JENNIFER POOLE, an individual, DONNA HIGGINS, an individual, THE MARKETING SOURCE, INC., a Florida corporation, VANCE L. VOGEL, SUN BRIDGE SYSTEMS, LLC, a Florida corporation, and CLIFFORD ALBRIGHT, an individual,

      Defendant.

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission, Practice, and Peer Review of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Yitzchak Kopel of the law firm of Bursor & Fisher, P.A., 888 Seventh Avenue, New York, New York, 10019, for purposes of appearance as co-counsel on behalf of Plaintiffs Angel Bakov and Kinaya Hewlett and the putative class in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Yitzchak Kopel to receive electronic filings in this case, and in support thereof states as follows:

1.  Yitzchak Kopel is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of the State of New York, the Bar of the State of New Jersey, the United States District Courts for the Eastern and Southern Districts of New York, the United States District Court for the District of New Jersey, the United States District Court for the Western District of Wisconsin, the United States District Court for the Eastern District of Missouri, and the United States Court of Appeals for the 11th Circuit.

2.  Movant, Scott A. Bursor of the law firm of Bursor & Fisher, P.A., 2665 South Bayshore Drive, Suite 220, Miami, Florida 33133, 305-330-5512, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

3.  In accordance with the local rules of this Court, Yitzchak Kopel has made payment of this Court's $75 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.  Yitzchak Kopel, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Yitzchak Kopel at email address: ykopel@bursor.com.

WHEREFORE, Scott Bursor moves this Court to enter an Order allowing Yitzchak Kopel to appear before this Court on behalf of Plaintiffs Angel Bakov and Kinaya Hewlett and

the putative class for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Yitzchak Kopel.

Dated:  January 28, 2020            Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ Scott A. Bursor*
          Scott A. Bursor (SBN 68362)

2665 South Bayshore Drive,
Suite 220
Miami, FL 33133
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
Email:   scott@bursor.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No.: 19-cv-61509-WPD

ANGEL BAKOV, and KINAYA HEWLETT, individually and on behalf of all others similarly situated,

                Plaintiffs,

v.

CONSOLIDATED TRAVEL HOLDINGS GROUP, INC., a Florida corporation, JAMES H. VERRILLO, an individual, DANIEL E. LAMBERT, an individual, JENNIFER POOLE, an individual, DONNA HIGGINS, an individual, THE MARKETING SOURCE, INC., a Florida corporation, VANCE L. VOGEL, SUN BRIDGE SYSTEMS, LLC, a Florida corporation, and CLIFFORD ALBRIGHT, an individual,

                Defendant.

## **CERTIFICATION OF YITZCHAK KOPEL**

Yitzchak Kopel, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Bar of the State of New York, the Bar of the State of New Jersey, the United States District Courts for the Eastern and Southern Districts of New York, the United States District Court for the District of New Jersey, the United States District Court for the Western District of Wisconsin, the United States District Court for the Eastern District of Missouri, and the United States Court of Appeals for the 11th Circuit; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                               */s/ Yitzchak Kopel*
                                                     Yitzchak Kopel

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system to all parties of record.

                                                   **BURSOR & FISHER, P.A.**

                                                   By:    */s/ Scott A. Bursor*
                                                   Scott A. Bursor (State Bar No. 68362)
                                                   2665 South Bayshore Drive,
                                                   Suite 220
                                                   Miami, FL 33133
                                                   Telephone: (305) 330-5512
                                                   Facsimile: (305) 676-9006
                                                   Email:   scott@bursor.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 19-cv-61509-WPD

ANGEL BAKOV, and KINAYA HEWLETT, individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

CONSOLIDATED TRAVEL HOLDINGS GROUP, INC., a Florida corporation, JAMES H. VERRILLO, an individual, DANIEL E. LAMBERT, an individual, JENNIFER POOLE, an individual, DONNA HIGGINS, an individual, THE MARKETING SOURCE, INC., a Florida corporation, VANCE L. VOGEL, SUN BRIDGE SYSTEMS, LLC, a Florida corporation, and CLIFFORD ALBRIGHT, an individual,

        Defendant.

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

THIS CAUSE having come before the Court upon Plaintiffs Angel Bakov and Kinaya Hewlett's Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CMECF Administrative Procedures .  This Court having considered the motion and all other relevant factors, it is hereby **ORDERED AND ADJUDGED** that:

The Motion is **GRANTED**.  Yitzchak Kopel may appear and participate in this action on behalf of Plaintiffs Angel Bakov and Kinaya Hewlett and the putative class.  The Clerk shall provide electronic notification of all electronic filings to Yitzchak Kopel at ykopel@bursor.com.

6

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of _____,
2020.

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record